## DEREK J. JACKSON *v.* COMMISSIONER OF CORRECTION

The petitioner Derek J. Jackson's petition for certification for appeal from the Appellate Court, 40 Conn. App. 924 (AC 14405), is denied.

*Derek J. Jackson*, pro se, in support of the petition.

*Ronald G. Weller*, deputy assistant state's attorney, in opposition.

Decided April 22, 1996

## CAROL ANN RUBIN *v.* HARVEY BRUCE RUBIN

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 929 (AC 14708), is denied.

*Carol Ann Rubin*, pro se, in support of the petition.

*William M. Bloss*, in opposition.

Decided April 22, 1996

## SOUTHERN NEW ENGLAND TELEVISION SERVICE COMPANY, INC., ET AL. *v.* HARTFORD FIRE INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 930 (AC 13982), is denied.

*Benjamin Ancona, Jr.*, in support of the petition.

*Stuart G. Blackburn*, in opposition.

Decided April 22, 1996